# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA PESCOV,**  **Plaintiff,**  v.  **UNUM LIFE INSURANCE COMPANY OF AMERICA,**  **Defendants.** | **CIVIL ACTION**  **NO. 19-2789** |

## ORDER

**AND NOW**, this 28th day of May, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (ECF 14) and Defendant's Response thereto (ECF 16), and Defendant's Motion for Summary Judgment (ECF 12) and Plaintiff's Response thereto (ECF 17), **IT IS ORDERED** that Plaintiff's motion is **GRANTED** and Defendant's motion is **DENIED**.

**IT IS FURTHER ORDERED** that:

1. Defendant shall retroactively pay Plaintiff the long-term disability benefits to which she is entitled for the period between September 7, 2018 and March 26, 2019.

2. This case is **REMANDED** for a determination as to whether Plaintiff remained entitled to long-term disability benefits after March 26, 2019.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**